# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PAVLOFF, MARK BEATTY, ANITRA HART, LEON CHAPMAN, FRAVELL DUANE JOHNSON, FELIX CASTANEDA, RICARDO FLORES, ELAINE FRANK, CHRIS HOLLOWAY, VICTOR MORAN, JORGE MUNOZ, JOE ODETTE, DONALD MASTRANGELLO, AND HAMED RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CARDINAL LOGISTICS MANAGEMENT CORPORATION,<br><br>Defendant. | CASE NO.: 5:20-cv-00363-PA-KK<br><br>Hon. Percy Anderson<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed: February 24, 2020<br>Trial Date: April 27, 2021 |

**ORDER DISMISSING ENTIRE ACTION**

Upon consideration of the Parties' Joint Stipulation to Dismiss Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT**:

1. All claims asserted by Plaintiffs against Defendant in this action shall be, and are hereby, dismissed *with prejudice*.

2. Plaintiffs and Defendant shall bear their respective attorneys' fees and costs.

3. This Order shall have the effect of dismissing this action in its entirety, including, but not limited to, dismissing with prejudice all claims asserted in the Third Amended Complaint.

DATED: December 11, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE